IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

WILLIAM G. MEDCALF                                                                                    PLAINTIFF

v.                                         Case No. 6:24-cv-06120

TRAVIS EVANS                                                                                         DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed November 25, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 10). Judge Ford recommends that the case be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

Plaintiff has not responded and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 10) *in toto*. Accordingly, Plaintiff's Complaint (ECF No. 2) is hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff is warned that, in the future, this dismissal may be counted as a strike for purposes of 28 U.S.C. § 1915(b)(1), and thus the Clerk is directed to place a § 1915(g) strike flag on the case for future judicial consideration.

**IT IS SO ORDERED**, this 14th day of January, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge